

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00271-CR

MICHAEL KEVIN RICCUBUONO        APPELLANT
A/K/A MICHAEL KEVIN
RICCUBUOND

V.

THE STATE OF TEXAS        STATE

-----------

### FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Motion To Dismiss Appeal," which complies with rule 42.2(a) of the rules of appellate procedure, Tex. R. App. P. 42.2(a), as well as the abatement record. No decision of this court having been delivered before we received this motion, we grant this motion and appellate counsel's motion to withdraw and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  August 31, 2011